```
1   SEAN P. NALTY (SBN: 121253)
    Email: sean.nalty@wilsonelser.com
2   SHIVANI NANDA (SBN: 253891)
    Email:  shivani.nanda@wilsonelser.com
3   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4   525 Market Street – 17th Floor
    San Francisco, California 94105-2725
5   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
6
    Attorneys for Defendant,
7   LIFE INSURANCE COMPANY OF NORTH AMERICA

8   TERESA S. RENAKER (SBN: 187800)
    Email: trenaker@lewisfeinberg.com
9   JULIE WILENSKY (SBN: 271765)
    Email: jwilensky@lewisfeinberg.com
10  LEWIS, FEINBERG, LEE, RENAKER
       & JACKSON, P.C.
11  476 – 9th Street
    Oakland, California 94607
12  Telephone:    (510) 839-6824
    Facsimile:    (510)839-7839
13
    Attorneys for Plaintiff,
14  JOHN DOE
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>               Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>               Defendant. | Case No.: C11-cv-03756-SBA<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>Action Filed: July 29, 2011<br>Trial Date:   None |

**IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-1 and 6-2, by and between plaintiff John Doe and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1.  LINA was served with the Summons and Complaint on August 2, 2011, and its response to the Complaint currently is due on or before August 23, 2011;

1

2. Plaintiff and Defendant have agreed that LINA may have an extension to and including September 7, 2011 to answer or otherwise respond to the Complaint; and

3. This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Dated: August 22, 2011　　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

　　　　　　　　　　　　　　　　　　By:　　/s/ *Shivani Nanda*
　　　　　　　　　　　　　　　　　　　　SEAN P. NALTY
　　　　　　　　　　　　　　　　　　　　SHIVANI NANDA
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　LIFE INSURANCE COMPANY OF
　　　　　　　　　　　　　　　　　　　　NORTH AMERICA

Dated: August 22, 2011　　　　　　　　LEWIS, FEINBERG, LEE, RENAKER
　　　　　　　　　　　　　　　　　　　　　& JACKSON, P.C.

　　　　　　　　　　　　　　　　　　By:　　/s/ *Teresa Renaker*
　　　　　　　　　　　　　　　　　　　　TERESA S. RENAKER
　　　　　　　　　　　　　　　　　　　　JULIE WILENSKY
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　JOHN DOE

### ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant Life Insurance Company of North America has an extension to and including September 7, 2011 to answer or otherwise respond to plaintiff's Complaint in this action.

Date: 8/24/11　　　　　　　　　　　By:　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　HONORABLE SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION CERTIFICATE**

1
2    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
3    "conformed" signature (/s/) within this efiled document.
4
5                          /s/ *Shivani Nanda*
                          SHIVANI NANDA
6
     WILSON, ELSER, MOSKOWITZ,
7    EDELMAN & DICKER LLP
     525 Market Street, 17th Floor
8    San Francisco, California 94105
     Tel:    (415) 433-0990
9    Fax:    (415) 434-1370

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND [PROPOSED] ORDER

735766.1                                                                         Case No.: C11-cv-03756-SBA