1 SEAN P. NALTY (SBN: 121253)
Email: sean.nalty@wilsonelser.com
2 SHIVANI NANDA (SBN: 253891)
Email: shivani.nanda@wilsonelser.com
3 WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
4 525 Market Street – 17th Floor
San Francisco, California 94105-2725
5 Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
6
Attorneys for Defendant,
7 LIFE INSURANCE COMPANY OF NORTH AMERICA

8 TERESA S. RENAKER (SBN: 187800)
Email: trenaker@lewisfeinberg.com
9 JULIE WILENSKY (SBN: 271765)
Email: jwilensky@lewisfeinberg.com
10 LEWIS, FEINBERG, LEE, RENAKER
    & JACKSON, P.C.
11 476 – 9th Street
Oakland, California 94607
12 Telephone:    (510) 839-6824
Facsimile:    (510)839-7839
13
Attorneys for Plaintiff,
14 JOHN DOE

15                    **UNITED STATES DISTRICT COURT**
16                   **NORTHERN DISTRICT OF CALIFORNIA**
17

18 JOHN DOE,                             | Case No.:  C11-cv-03756-SBA
19                     Plaintiff,         | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
20 vs.                                   |
21 LIFE INSURANCE COMPANY OF NORTH       | Action Filed: July 29, 2011
AMERICA,                              | Trial Date:    None
22                     Defendant.
23

24        **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff

25 John Doe and defendant Life Insurance Company of North America ("LINA"), through their

26 attorneys of record, as follows:

27        1.        LINA was served with the Summons and Complaint on August 2, 2011;

28        2.        The parties previously stipulated that LINA may have extension to and including

1

1   September 21, 2011 to answer or otherwise respond to the Complaint;

2       3.      The parties have resolved Plaintiff's claim for benefits and are in discussions

3   regarding Plaintiff's claim for interest and attorneys fees;

4       4.      To enable the parties to continue working towards resolving all issues in dispute,

5   the parties have agreed that LINA may have an extension to and including October 5, 2011 to

6   answer or otherwise respond to the Complaint; and

7       4.      This extension of time to respond to the Complaint does not alter the date of any

8   event or any deadline already fixed by Court Order.

9

10  Dated:  September 20, 2011                WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP
11

12                                          By:    /s/  Shivani Nanda_____
                                                  SEAN P. NALTY
13                                                SHIVANI NANDA
                                                  Attorneys for Defendant
14                                                LIFE INSURANCE COMPANY OF
                                                  NORTH AMERICA
15

16  Dated:  September 20, 2011                LEWIS, FEINBERG, LEE, RENAKER
                                                  & JACKSON, P.C.
17

18                                          By:    /s/ Teresa Renaker_____
                                                  TERESA S. RENAKER
19                                                JULIE WILENSKY
                                                  Attorneys for Plaintiff
20                                                JOHN DOE

21

22

23  IT IS SO ORDERED.

24  DATED: 9/22/11_____           *Sandra B Armstrong*
                                                  _____
25                                                The Honorable Saundra B. Armstrong
                                                  United States District Court Judge
26

27

28

                                            2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**ATTESTATION CERTIFICATE**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

           /s/ Shivani Nanda
           SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
740458.1                                                                    Case No.: C11-cv-03756-SBA