SEAN P. NALTY (SBN: 121253)
Email: sean.nalty@wilsonelser.com
SHIVANI NANDA (SBN: 253891)
Email:  shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant,
LIFE INSURANCE COMPANY OF NORTH AMERICA

TERESA S. RENAKER (SBN: 187800)
Email: trenaker@lewisfeinberg.com
JULIE WILENSKY (SBN: 271765)
Email: jwilensky@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER
  & JACKSON, P.C.
476 – 9th Street
Oakland, California 94607
Telephone:    (510) 839-6824
Facsimile:      (510)839-7839

Attorneys for Plaintiff,
JOHN DOE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant. | Case No.: C11-cv-03756-SBA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: July 29, 2011<br>Trial Date:    None |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff John Doe and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

    1.    LINA was served with the Summons and Complaint on August 2, 2011;

    2.    The parties previously stipulated that LINA may have extension to and including

1

1  September 21, 2011 to answer or otherwise respond to the Complaint;

2      3.    The parties have resolved Plaintiff's claim for benefits and are in discussions
3  regarding Plaintiff's claim for interest and attorneys fees;

4      4.    To enable the parties to continue working towards resolving all issues in dispute,
5  the parties have agreed that LINA may have an extension to and including October 5, 2011 to
6  answer or otherwise respond to the Complaint; and

7      4.    This extension of time to respond to the Complaint does not alter the date of any
8  event or any deadline already fixed by Court Order.

10 Dated: September 20, 2011     WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

12     By:    /s/ Shivani Nanda
    SEAN P. NALTY
13     SHIVANI NANDA
    Attorneys for Defendant
14     LIFE INSURANCE COMPANY OF
    NORTH AMERICA

16 Dated: September 20, 2011     LEWIS, FEINBERG, LEE, RENAKER
    & JACKSON, P.C.

18     By:    /s/ Teresa Renaker
    TERESA S. RENAKER
19     JULIE WILENSKY
    Attorneys for Plaintiff
20     JOHN DOE

23 IT IS SO ORDERED.

24 DATED: 9/22/11_____

    The Honorable Saundra B. Armstrong
25     United States District Court Judge

**ATTESTATION CERTIFICATE**

1

2     I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3  "conformed" signature (/s/) within this efiled document.

4

5                                                                 /s/ Shivani Nanda
                                                            SHIVANI NANDA
6
                                                        WILSON, ELSER, MOSKOWITZ,
7                                                       EDELMAN & DICKER LLP
                                                        525 Market Street, 17th Floor
8                                                       San Francisco, California  94105
                                                        Tel:    (415) 433-0990
9                                                       Fax:   (415) 434-1370

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
740458.1                                                                           Case No.: C11-cv-03756-SBA