1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                                  OAKLAND DIVISION

8
  JOHN DOE,                                    Case No:  C 11-3756 SBA
9
            Plaintiff,                         **ORDER DISMISSING ACTION**
10
        vs.
11
  LIFE INSURANCE COMPANY OF
12 AMERICA,

13          Defendant.

14

15          The Court having been notified of the settlement of this action, and it appearing that

16 no issue remains for the Court's determination,

17          IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

18 DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

19 move to reopen the case and the trial will be rescheduled, provided that such motion is filed

20 within 30 days of this order.  All scheduled dates, including the trial and pretrial dates, are

21 VACATED.

22          IT IS SO ORDERED.

23 Dated: November 16, 2011                    _____
                                              SAUNDRA BROWN ARMSTRONG
24
                                              United States District Judge
25

26

27

28